UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL GREER<br><br>                Plaintiff,<br><br>-v-<br><br>CONNECTICUT DEPARTMENT OF CORRECTION; CHESHIRE CORRECTIONAL INSTITUTION; and ROLLIN COOK, Commissioner for the Department of Correction in the State of Connecticut,<br><br>                Defendants. | Civil Action No. 20cv350<br>MARCH 13, 2020 |

### [PROPOSED] ORDER TO SHOW CAUSE

Plaintiff Rabbi Daniel Greer ("Rabbi Greer" or "Plaintiff"), through counsel, has filed a complaint seeking preliminary injunctive relief enjoining Defendants, Connecticut Department of Correction; Cheshire Correctional Institution; and Rollin Cook, Commissioner for the Department of Correction in the State of Connecticut ("Defendants"), to provide him with prepackaged kosher for Passover meals during Passover (April 8 through nightfall on April 16) and provisions for two ceremonial dinners on the first two nights of Passover (April 8 and April 9).

Upon the Summons and Complaint, together with the accompanying Declarations of Rabbi Daniel Greer, Rabbi Israel Deren, and Rabbi Menachem Katz, and the exhibits thereto, and the Memorandum of Law in Support of Rabbi Greer's Motion for a Preliminary Injunction ("Memo of Law"), it is hereby:

**ORDERED** Defendants, or their counsel, shall show cause as to why a preliminary

injunction should not be issued by this Court, at Room _____ of the Courthouse thereof, located at _____, _____, Connecticut on the __th day of ____ 2020 at __a.m./p.m., or as soon thereafter as counsel can be heard, enjoining Defendants to provide Rabbi Greer with prepackaged kosher for Passover meals during Passover (April 8 through nightfall on April 16) and provisions for two ceremonial dinners on the first two nights of Passover (April 8 and April 9).  All counsel are required to register promptly as filing users on ECF and to enter Notices of Appearance on the docket.  Rabbi Greer shall serve this Order promptly, as specified below, on Defendants and file proof of service thereafter.

    **ORDERED** that service of a copy of this Order, together with a copy of the papers upon which the same is granted, upon Defendants by delivery by first class mail and email to the Defendants' counsel shall be considered effective service.

    **ORDERED** that Defendants shall serve opposition papers, if any, on counsel for Plaintiff, Jonathan Einhorn, Jonathan J. Einhorn Law Offices, 129 Whitney Avenue, New Haven, CT 06510-1223, einhornlawoffice@gmail.com; Joel C. Haims, Morrison & Foerster LLP, 250 West 55th Street, New York, New York 10019-9601, jhaims@mofo.com; and Steven T. Rappoport, Morrison & Foerster LLP, 250 West 55th Street, New York, New York 10019-9601, srappoport@mofo.com, via ECF and email on or before the _____th day of _____, 2020; and it is further hereby

    **ORDERED** Plaintiff may serve reply papers, if any, on Defendants via ECF and email on or before the _____th day of _____, 2020.

    So ordered this __ day of ____ 2020, at ____ a.m./p.m.

                                                 _____

                                               United States District Judge