UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL GREER<br><br>                    Plaintiff,<br><br>         -v-<br><br>CONNECTICUT DEPARTMENT OF CORRECTION; CHESHIRE CORRECTIONAL INSTITUTION; and ROLLIN COOK, Commissioner for the Department of Correction in the State of Connecticut,<br><br>                    Defendants. | Civil Action No.<br>MARCH 13, 2020 |

**AFFIDAVIT OF RABBI MENACHEM M. KATZ IN SUPPORT OF DANIEL GREER'S MOTION FOR PRELIMINARY INJUNCTION**

I, Rabbi Menachem M. Katz, affirm as follows:

1. I am Director of the Aleph Institute's Military and Prison Outreach program. I was ordained as an orthodox rabbi in 1992 and began working for the Aleph Institute shortly thereafter.

2. The Aleph Institute is an Orthodox Jewish organization that, among other things, addresses the spiritual needs of Jewish inmates in correctional facilities throughout the country.

3. I have been asked by Plaintiff, Rabbi Daniel Greer, to confirm that the Aleph Institute can arrange for prepackaged kosher for Passover food and ceremonial dinner materials to be delivered to Cheshire Correctional Institution in time for the Passover 2020 holiday.

4. Every year, the Aleph Institute arranges for prepackaged kosher for Passover food and ceremonial dinner materials prepared under Orthodox rabbinical supervision to be delivered to correctional centers through JewishSupply.com.

5. The official deadline to order through JewishSupply.com for Passover 2020 was on February 27, 2020. Nevertheless, the Aleph Institute can arrange for the same or similar prepackaged kosher for Passover food and ceremonial dinner materials to be delivered to Rabbi Greer in time for Passover 2020.

I affirm under penalty of perjury that the foregoing is true and correct.

Executed:   Surfside, Florida
March 11, 2020

_____
Rabbi Menachem M. Katz

ny-1882124