UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DANIEL GREER | : | CIVIL NO. 3:20-CV-350 (JAM) |
| | : | |
| v. | : | |
| | : | |
| CONNECTICUT DEPARTMENT | : | |
| OF CORRECTION, ET AL. | : | MARCH 23, 2020 |

**DEFENDANTS' MOTION FOR LEAVE TO BE EXCUSED FROM COMPLIANCE WITH CHAMBERS ORDERS FOR COURTESY PAPER COPIES**

The defendants' undersigned counsel from the Office of the Attorney General respectfully request leave to be excused from having to comply with this Court's Chambers orders, which, in response to a motion for a preliminary injunction, requires:

**Chambers Courtesy Copies**

For any case in which a party is represented by counsel, counsel must promptly mail or deliver to chambers a single courtesy hard copy of any filing, including exhibits, attachments, or supporting memoranda of law, if the filing (taken together with those exhibits, attachments, or memoranda) exceeds **30 pages** in length. All courtesy copies must bear the CM/ECF document identification heading on each page. This requirement for a courtesy copy applies only to filings by counsel for represented parties and does not apply to self-represented litigants.

When a courtesy copy contains multiple exhibits or appendices, the exhibits or appendices should be bound or in a binder, separated by numbered tabs, with a sheet at the front of the bound copy or binder indicating which tab corresponds to each exhibit or appendix.

In light of the emergency orders of the Governor, the President and the General Orders of this Court, having to go into the office to print out and prepare paper copies would be contrary to the best medical advice to refrain from as much contact as possible, and maintain social distancing. Importantly, the Office of the Attorney General is effectively physically closed, although the work of the office continues remotely, with all staff ordered to work from

home to the fullest extent possible. Our logistical capabilities, including mail services, have been extremely limited due to the ongoing public health crisis.

Undersigned counsel plan to timely file electronically the defendants' opposition on or before March 25, 2020. However, March 25, 2020, is the day the AG's Office building at 110 Sherman St., Hartford, CT, will be inaccessible due to the following: Deep cleaning of this building under the authority of DAS Facilities is underway. Buildings have been actively cleaned at high touch points and are now in the process of being deep cleaned, sanitized, and disinfected. Thus, undersigned counsel can eFile - and electronically upload and complete the filings required in this case but will be unable to comply with the Order for Chambers Courtesy Copies. Accordingly, defendants respectfully seek leave to be excused from such courtesy copy requirements.

                        DEFENDANTS
                        Connecticut Department of Correction, et al.

                        WILLIAM TONG
                        ATTORNEY GENERAL

BY: /s/ *Steven R. Strom*
      Steven R. Strom
      Assistant Attorney General
      Federal Bar #ct01211
      110 Sherman Street
      Hartford, CT  06105
      Tel.: (860) 808-5450
      Fax: (860) 808-5591
      E-Mail:  steven.strom@ct.gov

BY: /s/ *Edward D. Rowley*
      Edward D. Rowley
      Assistant Attorney General
      Federal Bar No. ct30701
      110 Sherman Street
      Hartford, CT  06105
      Tel.: (860) 808-5450
      Fax: (860) 808-5591
      E-Mail: Edward.rowley@ct.gov

## **CERTIFICATION**

  I hereby certify that on March 23, 2020, a copy of the foregoing was filed electronically and served by mail on anyone not able to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

              /s/ *Steven R. Strom*
              Steven R. Strom
              Assistant Attorney General
              Federal Bar #ct01211
              110 Sherman Street
              Hartford, CT  06105
              Tel.: (860) 808-5450
              Fax: (860) 808-5591
              E-Mail:  steven.strom@ct.gov