UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| DANIEL GREER | NO. 3:20CV 350 (jam) |
| VS. | |
| CONNECTICUT DEPARTMENT OF CORRECTION, ET AL | SEPEMBER 9, 2020 |

## MOTION TO REOPEN CASE ADMINISTRATIVELY CLOSED

The plaintiff moves that his case which was administratively closed on June 15, 2020 at Docket Entry #41 be reopened for the purpose of continuing the dispute over his exercise of his religious freedoms in this forum as the parties have been unable to resolve these issues by agreement in a timely manner. The plaintiff has filed a grievance requesting his ability to celebrate his region as required, and the parties are discussing the issues, but will likely not resolve them by Yom Kippur. This matter presents urgent and immediate questions for the Court as it pertains to the plaintiff's exercise of his religious freedoms during the Jewish high holy days and sukkot which begin September 18, 2020.

THE PLAINTIFF

/s/ Jonathan J. Einhorn

JONATHAN J. EINHORN
129 WHITNEY AVENUE
NEW HAVEN, CT 06510
FED BAR ct 00163
203-777-3777

CERTIFICATION

    I hereby certify that on this 9th day of September, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

                                                  /s/ *Jonathan J. Einhorn*
                                                  JONATHAN J. EINHORN