UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| DANIEL GREER | NO. 3:20CV 350 (JAM) |
| VS. | |
| CONNECTICUT DEPARTMENT OF CORRECTION, ET AL | SEPEMBER 9, 2020 |

## MOTION FOR TEMPORARY INJUNCTION

The Plaintiff moves for a hearing on his request for a temporary injunction for the reasons set forth in his Amendment to the Complaint and has filed a Proposed Order to Show Cause for this purpose. An affidavit from Rabbi J. David Bleich in support of the facts alleged as to the religious observance of Yom Kippur, Rosh Hashana and Sukkot will be filed separately later today.

THE PLAINTIFF

/s/ *Jonathan J. Einhorn*

JONATHAN J. EINHORN
129 WHITNEY AVENUE
NEW HAVEN, CT 06510
FED BAR ct 00163
203-777-3777

CERTIFICATION

I hereby certify that on this 9th day of September, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ *Jonathan J. Einhorn*
JONATHAN J. EINHORN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL GREER<br><br>               Plaintiff,<br><br>-v-<br><br>CONNECTICUT DEPARTMENT OF CORRECTION; CHESHIRE CORRECTIONAL INSTITUTION; and ROLLIN COOK, Commissioner for the Department of Correction in the State of Connecticut,<br><br>               Defendants. | Civil Action No. 3:20-cv-350 (JAM)<br>SEPTEMBER 9, 2020 |

## ORDER TO SHOW CAUSE

WHEREAS, Plaintiff Rabbi Daniel Greer ("Rabbi Greer" or "Plaintiff"), through counsel, has filed a complaint seeking preliminary injunctive relief enjoining Defendants, Connecticut Department of Correction; Cheshire Correctional Institution; and Rollin Cook, Commissioner for the Department of Correction in the State of Connecticut ("Defendants"), to provide him with the requirements to allow him to celebrate the Jewish High Holy Days (September 18 through nightfall on October 11)

**It is ORDERED** Defendants, or their counsel, shall show cause as to why a preliminary injunction should not be issued by this Court, at Room \_\_\_\_\_ of the Courthouse thereof, located at 141 Church Street, New Haven, Connecticut on the \_\_th day of September, 2020 at \_\_a.m./p.m., or as soon thereafter as counsel can be heard, enjoining Defendants to provide Rabbi Greer with the requirements to allow him to celebrate the Jewish High Holy Days (September 18 through nightfall on October 11).

1

2

**It is further ORDERED** that Defendants shall serve opposition papers, if any, on counsel for Plaintiff, Jonathan J. Einhorn, Esq., 129 Whitney Avenue, New Haven, CT 06510-1223, einhornlawoffice@gmail.com via CMECF and email on or before the _____th day of September, 2020.

So ordered this \_\_ day of September, 2020, at \_\_\_\_ a.m./p.m.

_____

Clerk/United States District Judge